UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sonya Braxton,   Case No. 24-CV-02455 (JMB/LIB)

    Plaintiff,

v.   **ORDER**

State of Minnesota, et al.,

    Defendants.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois dated September 30, 2023. (Doc. No. 23.) The R&R recommends that Braxton's Injunction Motion be denied to the extent it seeks a preliminary injunction in this matter. (*See* Doc. No. 6.) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 23) is ADOPTED; and
2. Plaintiff Sonya Braxton's Injunction Motion (Doc. No. 6) is DENIED WITHOUT PREJUDICE.

Dated: November 12, 2024   /s/ *Jeffrey M. Bryan*
    Judge Jeffrey M. Bryan
    United States District Court